UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA,

        Plaintiff,

  v.

ALLA SOBOL,

        Defendant.

Case No. CR09-0084-MJP-5

**DETENTION ORDER**

Offense charged:

    Conspiracy to Commit Bank, Mail, and Wire Fraud.
    Bank Fraud.
    Mail Fraud.
    Wire Fraud.
    False Statement on Loan Application.
    Monetary Transactions using Criminally Derived Property.
    Forfeiture Allegations.

Date of Detention Hearing: March 30, 2009.

The Court, having conducted a detention hearing pursuant to Title 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds that no condition or combination of conditions which the defendant can meet will reasonably assure the appearance of the defendant as required and the safety of any other person and the community.

DETENTION ORDER -1

FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION

Defendant is charged with crimes spanning at least three years and involving millions of dollars. The government proffered that she and her co-defendant. David Sobol, have transferred large sums of money recently. Where the money is and the exact amount is unknown. The government presented exhibits showing the defendant and her husband have assets totaling close to 2 million dollars not including real estate. The defendant did not disclose much of these assets to U.S. Pretrial Services. The defendant also did not disclose a condominium she recently purchased for $339,500 in cash. If convicted, the defendant faces a lengthy prison sentence.

It is therefore ORDERED:

(1) Defendant shall be detained pending trial and committed to the custody of the Attorney General for confinement in a correctional facility separate, to the extent practicable, from persons awaiting or serving sentences, or being held in custody pending appeal;

(2) Defendant shall be afforded reasonable opportunity for private consultation with counsel;

(3) On order of a court of the United States or on request of an attorney for the Government, the person in charge of the correctional facility in which Defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

(4) The clerk shall direct copies of this order to counsel for the United States, to counsel for the defendant, to the United States Marshall, and to the United States Pretrial Services Officer.

DATED this 30th day of March, 2009.

BRIAN A. TSUCHIDA
United States Magistrate Judge